A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Sep 17, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION         MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 17, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**      MDL No. 1811

## SCHEDULE CTO-33 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

ARKANSAS EASTERN
  ARE 1   09-36      Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
  ARE 2   09-109      Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
  ARE 2   09-110      B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
  ARE 2   09-111      Henry Kelly v. Bayer CropScience, LP, et al.
  ARE 2   09-116      Kirk Brann, et al. v. Bayer CropScience, LP, et al.
  ARE 2   09-118      Stanley Bosnick v. Bayer CropScience, LP
  ARE 2   09-119      Eloise Bosnick Family Trust v. Bayer CropScience, LP
  ARE 2   09-120      Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
  ARE 2   09-121      Bosnick Farms, Inc. v. Bayer CropScience, LP
  ARE 3   09-126      Dean Davis, et al. v. Bayer CropScience, LP, et al.
  ARE 3   09-127      Jay Reiman, et al. v. Bayer CropScience, LP, et al.
  ARE 3   09-128      Darrell Brady, et al. v. Bayer CropScience, LP, et al.
  ARE 3   09-129      Steve Davis, et al. v. Bayer CropScience, LP, et al.
  ARE 3   09-130      Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
  ARE 3   09-131      Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
  ARE 3   09-132      Bullard Farms, Inc., et al. v. Bayer AG, et al.
  ARE 3   09-134      Louiese Farms, Inc. v. Bayer CropScience, LP
  ARE 3   09-135      Ninety-Six Farms, Inc. v. Bayer CropScience, LP
  ARE 3   09-136      South Bayou Farms, Inc. v. Bayer CropScience, LP
  ARE 3   09-137      Tool Farms, Inc. v. Bayer CropScience, LP
  ARE 3   09-138      BC&MC Farms, Inc. v. Bayer CropScience, LP
  ARE 3   09-139      Blue Lake Farms, Inc. v. Bayer CropScience, LP
  ARE 3   09-140      Bosnick Family Trust v. Bayer CropScience, LP
  ARE 3   09-141      Long Grain Farms, Inc. v. Bayer CropScience, LP
  ARE 3   09-142      Long Rows, Inc. v. Bayer CropScience, LP
  ARE 4   09-677      Lane Oliver, et al. v. Bayer CropScience, LP, et al.
  ARE 4   09-678      Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-230      Jason Smith, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-231      Rick Siems, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-232      Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-234      Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-235      Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-237      Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-239      Billy M. Long, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-240      Greg Hackney, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-241      James M. Craig, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-242      Wade Richter, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-243      Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
  ARE 5   09-244      Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

Case 4:06-md-01811-CDP Document 1535 Filed 09/22/09 Page 3 of 3
Case 5:09-cv-00241-JMM Document 5 Filed 09/27/09 Page 6 of 6

Page 2 of 2

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ARKANSAS EASTERN | |
| ARE 5 09-245 | Brad Haynes, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-246 | James Noble, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-247 | Curtis Simpson, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-248 | Curt Moore, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-249 | John Worring, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-250 | Jon L. Baker, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-251 | Brandon Rodgers, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-252 | Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-253 | Roy McCollum, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-254 | Walter E. Daniel, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-255 | Greg Kerksieck, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-256 | Brooks Davis, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-257 | John Ross, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-258 | Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-259 | Gary Stone, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-260 | Robert H. Dilday, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-261 | Brent Clawitter, et al. v. Bayer CropScience, LP, et al. |
| ARE 5 09-262 | Talka Corp. v. Bayer CropScience, LP |
| ARE 5 09-263 | Stanley Welty v. Bayer CropScience, LP |
| ARE 5 09-264 | W.N. Gillison Revocable Trust v. Bayer CropScience, LP |
| ARE 5 09-265 | Dave Black, et al. v. Bayer CropScience, LP |
| ARE 5 09-266 | C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP |
| ARE 5 09-267 | A&K Farms, Inc. v. Bayer CropScience, LP |